ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 05 00491 VRW |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) |
| ILYA TUCHINSKY, | ) |
| Defendant | ) |

The defendant Ilya Tuchinksy in this case has pled guilty to one county of conspiracy to distribute methamphetamine. He is currently awaiting sentencing.

On January 12, 2006, this Court ordered the defendant released on bail to attend residential drug treatment at Pathway House in San Jose, California.

The treatment program is ordinarily six months. As patients progress through the treatment program, counselors recommend and approve patients who are progressing well for passes allowing them to leave the treatment facility for limited periods. These passes are a routine part of the treatment program.

I am informed that Mr. Tuchinsky's counselor at Pathway House has approved a pass for Mr. Tuchinsky to visit and stay with his parents who live in San Francisco for 24 hours. Mr. Tuchinsky's father is a surety on his son's bond, and this Court

initially released Mr. Tuchinsky to his father's custody for up to 24 hours in order to transport his son to the treatment center.

I have discussed this 24-hour pass with his Pre-Trial Services Officer Victoria Gibson. She does not object to such a release but indicated that such a pass requires a modification of the release conditions as set by this Court.

The parties hereby stipulate and move this Court to modify Mr. Tuchinsky's release conditions to allow limited passes for Mr. Tuchinsky to leave the Pathway House facility, at the discretion of the Pathway House staff, and as approved by his Pre-Trial Services Officer.

Dated: March 22, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

ISMAIL RAMSEY

KEVIN V. RYAN
UNITED STATES ATTORNEY

LAUREL BEELER
ASSISTANT US ATTORNEY

Good cause having been shown, IT IS SO ORDERED.

Dated: 7/13/06

_____ for

HON. NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER

-2-