ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510)548-3600
(510)548-3601 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Defendant Ilya Tuchinsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05 00491 VRW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | |
| ILYA TUCHINSKY, | |
| Defendant | |

    The defendant Ilya Tuchinksy in this case has pled guilty to one county of conspiracy to distribute methamphetamine. He is currently awaiting sentencing.

    On January 12, 2006, this Court ordered the defendant released on bail to attend a sixth month residential drug treatment program at Pathway House in San Jose, California. 

    Mr. Tuchinsky began his treatment on January 18, 2006. Mr. Tuchinsky has progressed through the program on schedule. He will have completed a 6-month program during the week of Sunday, July 16, 2006.

    Currently, his counselor has approved daily passes for Mr. Tuchinsky, allowing him to leave the program unmonitored. He attends classes at San Francisco State University, where he is enrolled in a final course needed for him to complete his

bachelor's degree at San Francisco State University. He is also currently seeking a job in the computer programming industry.

Upon Mr. Tuchinsky's completion of the six month program at Pathway House, he plans to stay with at his parent's home at 2642 - 38th Ave., San Francisco, CA 94116. During the course of his treatment at Pathway House, he has also been has approved for passes to visit and stay with his parents who live in San Francisco for 24 hours. Mr. Tuchinsky's father is a surety on his son's bond, and this Court initially released Mr. Tuchinsky to his father's custody for up to 24 hours in order to transport his son to the treatment center. His father has also regularly transported his son to Court appearances during his treatment.

Defense counsel has discussed Mr. Tuchinsky's plan to stay with his parents upon his completion of the six-month residential treatment program at Pathway with his Pre-Trial Services Officer Victoria Gibson. She does not object to such his release under such conditions with his father as a continued surety, and as a custodian. She requests that the Pre-Trial Services officer, who supervises Mr. Tuchinsky, have discretion to impose a curfew, if needed, on Mr. Tuchinsky following his release from Pathway House.

The parties hereby stipulate and move this Court to modify Mr. Tuchinsky's release conditions to allow him to reside with his parents following his successful

//

completion of his six month residential drug treatment at Pathway House. His father Sergey Tuchinsky will serve as a custodian and remain as a surety. Pre-Trial Services shall have discretion to impose a curfew on Mr. Tuchinsky, as needed.

Dated: July 13, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

/s/ ISMAIL RAMSEY

KEVIN V. RYAN
UNITED STATES ATTORNEY

LAUREL BEELER
ASSISTANT U.S. ATTORNEY

Good cause having been shown, IT IS SO ORDERED.

Dated:

HON. NANDOR J. VADAS
U.S. MAGISTRATE JUDGE

completion of his six month residential drug treatment at Pathway House. His father Sergey Tuchinsky will serve as a custodian and remain as a surety. Pre-Trial Services shall have discretion to impose a curfew on Mr. Tuchinsky, as needed.

Dated: July 12, 2006

Respectfully Submitted,

RAMSEY & EHRLICH LLP

_____
ISMAIL RAMSEY

KEVIN V. RYAN
UNITED STATES ATTORNEY

_____
LAUREL BEELER
ASSISTANT U.S. ATTORNEY

Good cause having been shown, IT IS SO ORDERED.

Dated:

_____ for
HON. NANDOR J. VADAS
U.S. MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER

-3-