## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | The Honorable Nandor J. Vadas<br>U.S. Magistrate Court Judge | RE: | TUCHINSKY, ILYA |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR05-00491 VRW |
| DATE: | February 14, 2007 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Victoria Gibson | 510-637-3752 |
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

**RE:   VIOLATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Order(s)  Court adopts the recommendations of the Pretrial Office in this matter.

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____          2/26/07
**JUDICIAL OFFICER**                                        **DATE**

Cover Sheet (12/03/02)