## PROPOSED ORDER/COVER SHEET

TO:     **The Honorable Nandor J. Vadas**          RE:     **TUCHINSKY, ILYA**
        **U.S. Magistrate Court Judge**

FROM:   **Claudette M. Silvera, Chief**            DOCKET NO.:     **CR05-00491 VRW**
        **U.S. Pretrial Services Officer**

DATE:   **February 26, 2007**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Victoria Gibson**                               **510-637-3752**
**U.S. Pretrial Officer Specialist**              **TELEPHONE NUMBER**

RE:     **VIOLATION**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
    _____ on _____ at _____.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding  District Court
    Judge_____

☒   **I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:**

☒   **Order(s)**

    **A. The defendant shall participate in short-term (90 day) residential drug treatment at New Bridge Foundation in Berkeley, CA; He shall contribute to the cost of this program as directed by Pretrial Services.**

    **B. All other previously ordered release conditions remain as imposed.**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

**JUDICIAL OFFICER**                              _2/27/07_
                                                  **DATE**

**Cover Sheet** (12/03/02)