UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
| Plaintiff, ) | |
| v. ) | REQUEST, STIPULATION AND ORDER |
| ILYA TUCHINSKY, ) | |
| Defendant. ) | |

The parties ask that the May 28, 2009, hearing be reset for July 2, 2009, at 2:00 p.m. The Court set the case for status on May 28 to assess defendant Ilya Tuchinsky's progress on home detention and increased counseling. For various reasons (including Mr. Tuchinsky's apparently severe bout with the flu), there was some delay in transitioning him to this new program, and everything was just finalized in the last week. The probation officer suggests that more time is needed to obtain meaningful information and suggested a 30-day continuance.

DATED: May 26, 2009           Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

  /s Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

  /s Ismail J. Ramsey
ISMAIL J. RAMSEY
Attorney for Ilya Tuchinsky

REQUEST, STIPULATION AND ORDER
(CR 05 00491 VRW)

1  For the reasons stated above, and with the agreement of the parties, the Court (a) vacates the
2  May 28, 2009, hearing, and (b) resets the case for Thursday, July 2, 2009, at 2 p.m.
3  IT IS SO ORDERED.
4  DATED: 5/27/2009

_____
VAUGHN R WALKER
Chief United States District Judge

